UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISON

IN RE:                                                          Case No: 09-bk-10210-JAF
TIERRA LAFAWN STORY,
     Debtors.                                                Chapter 7


VYSTAR CREDIT UNION,                              Adversary No: 3:10-ap-84-JAF
     Plaintiff,
vs.


TIERRA LAFAWN STORY
     Defendant.
_____/

## ANSWER

COMES NOW, the Defendant, by and through undersigned counsel, and states:

1.      Admit for jurisdictional purposes only.
2.      Admit for jurisdictional purposes only.
3.      Deny due to lack of knowledge.
4.      Deny due to lack of knowledge.
5.      Deny due to lack of knowledge.
6.      Deny due to lack of knowledge.
7.      Deny.
8.      Deny.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy was delivered via the electronic delivery system to Chad Heckman, Esq., 908 N. Gadsden Street, Tallahassee, FL 32303 this 6th day of April, 2010.

COLLINS & STORY, P.A.


  _/s/ Max Story_____
Max Story, Esq.
Florida Bar 0527238
233 E. Bay Street, Suite 920
Jacksonville, FL 32202
904-355-0805 telephone
904-634-1507 facsimile
max@collinsstorylaw.com